IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| CAROLYN MALONEY, c/o Denny Maloney, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Cause No. 3:12-CV-842-PPS-CAN |
| NEW ENGLAND COMPOUNDING PHARMACY, INC. a/k/a NEW ENGLAND COMPOUNDING CENTER; AMERIDOSE, LLC; ALAUNUS PHARMACEUTICAL, LLC; BARRY CADDEN; LISA CADDEN; and GREGORY CONIGLIARO, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF STAY BY REASON OF BANKRUPTCY

The defendant, New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC"), hereby notifies the Court that NECC filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts (Eastern Division) No. 12-19882-HJB. Pursuant to 11 U.S.C. § 362(a), all actions against NECC are stayed.

LEWIS WAGNER LLP

By: */s/ Dina M. Cox*
DINA M. COX, #18590-49
KAMEELAH SHAHEED-DIALLO, #28058-49
ROBERT M. BAKER IV, #25471-49
*Attorneys for Defendant, New England Compounding Pharmacy, Inc.*

**CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on December 27, 2012 using the CM/ECF system which sent notification of this filing to the following:

Douglas A. Mulvaney
STUTSMAN & MULVANEY
1300 Cassopolis Street
P.O. Box 1337
Elkhart, Indiana 46515

                       */s/ Dina M. Cox*
                       DINA M. COX

LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202
Phone: (317) 237-0500
FAX:   (317) 630-2790
dcox@lewiswagner.com
Q:\NECC\14 - Maloney\Federal Court Action\Notice of Stay_Bankruptcy.docx