## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | |
|---|---|
| CAROLYN MALONEY, c/o ) <br> Denny Maloney, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. a/k/a NEW ) <br> ENGLAND COMPOUNDING CENTER; ) <br> AMERIDOSE, LLC; ALAUNUS ) <br> PHARMACEUTICAL, LLC; BARRY ) <br> CADDEN; LISA CADDEN; ) <br> and GREGORY CONIGLIARO, ) <br> ) <br>    Defendants. ) | Cause No. 3:12-CV-842-PPS-CAN |

### DEFENDANT ALAUNUS PHARMACEUTICAL, LLC'S
### CORPORATE DISCLOSURE

Defendant Alaunus Pharmaceutical, LLC, by counsel, pursuant to Federal Rule of Civil Procedure 7.1, makes the following corporate disclosure:  Alaunus Pharmaceutical, LLC does not have any parent corporations and no publicly-held corporation owns 10% or more of Alaunus's stock.

                  LEWIS WAGNER LLP

                  By:  */s/ Kameelah Shaheed-Diallo*
                        DINA M. COX, #18590-49
                        KAMEELAH SHAHEED-DIALLO, #28058-49
                        ROBERT M. BAKER IV, #25471-49
                        *Attorneys for Defendants New England*
                        *Compounding Pharmacy Inc.; Alaunus*
                        *Pharmaceutical, LLC; Barry Cadden; Lisa Cadden;*
                        *and Gregory Conigliaro*

**CERTIFICATE OF SERVICE**

   This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on January 4, 2013 using the CM/ECF system which sent notification of this filing to the following:

Douglas A. Mulvaney
STUTSMAN & MULVANEY
1300 Cassopolis Street
P.O. Box 1337
Elkhart, Indiana 46515

            /s/ Kameelah Shaheed-Diallo
            KAMEELAH SHAHEED-DIALLO

LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202
Phone: (317) 237-0500
FAX:   (317) 630-2790
kshaheed-diallo@lewiswagner.com
Q:\NECC\14 - Maloney\Federal Court Action\Corporate Disclosure_Alaunus.docx