**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| CAROLYN MALONEY, c/o Denny Maloney, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Cause No. 3:12-cv-842-PPS-CAN |
| NEW ENGLAND COMPOUNDING ) PHARMACY, INC. a/k/a NEW ) ENGLAND COMPOUNDING CENTER; ) AMERIDOSE, LLC; ALAUNUS ) PHARMACEUTICAL, LLC; BARRY ) CADDEN; LISA CADDEN; ) and GREGORY CONIGLIARO, ) ) | |
| Defendants. ) | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

The Court, having reviewed Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, and being duly advised in the premises, hereby GRANTS Defendants' Motion.  Defendants are hereby granted an extension up to an including March 25, 2013 to respond to Plaintiff's Complaint.

SO ORDERED this 21st day of February, 2013.

                                                      s/Christopher A. Nuechterlein
                                                      Magistrate Judge, Christopher A. Nuechterlein
                                                      U.S. Northern District Court

Distribution:

| | |
|---|---|
| Douglas A. Mulvaney | Dina M. Cox / Kameelah Shaheed-Diallo |
| Stutsman & Mulvaney | Robert M. Baker IV / Janelle P. Kilies |
| 1300 Cassopolis Street | LEWIS WAGNER, LLP |
| P.O. Box 1337 | 501 Indiana Avenue, Suite 200 |
| Elkhart, Indiana   46515 | Indianapolis, IN   46202 |